AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Peykoff | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:23-cv-00404-O |
| Cawley et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charrissa Cawley

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brandon L Crisp
    Cleveland Terrazas PLLC
    303 Camp Craft Rd.
    Suite 325
    West Lake Hills, TX 78746
    979-574-6953

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SERVICE RETURN ATTACHED*

CLERK OF COURT

Date:    04/24/2023                             s/J.Givens
                                                                                *Signature of Clerk or Deputy Clerk*

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:23-cv-00404-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

[Stamp: SERVICE RETURN ATTACHED]

[Stamp: Server's Process, LLC / 604 West 9th Street / Suite B / Austin, TX 78701]

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Northern District of Texas

Case Number: 23-404

Plaintiff:
**Alex Peykoff**
vs.
Defendant:
**Charrissa Cawley, et al.**

For: Terrazas PLLC

Received these papers on the 26th day of April, 2023 at 9:12 am to be served on ~~Charissa~~ Charrissa Cawley, 1109 Wylie Thompson Cove, Fort Worth, Tarrant County, TX 76179. I, MONICA MARTINEZ, being duly sworn, depose and say that on the 26TH day of APRIL, 20 23 at 12:50 p.m., executed service by delivering a true copy of the Summons in a Civil Action and Complaint in accordance with state statutes in the manner marked below:

(X) INDIVIDUAL SERVICE: Delivered to the within-named person at 1109 WYLIE THOMPSON CV (street), FORT WORTH (city), TX (state) 76179 (zip code) TARRANT (county).

( ) SUBSTITUTE SERVICE: By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) POSTED SERVICE: After attempting delivery, posted to the ___ FRONT DOOR OR ___ FRONT GATE (mark one) on the property described at _____ (street), _____ (city), _____ (state) _____ (zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes or ( ) No   If yes, what branch? _____

Marital Status: ( ) Married or ( ) Single   Name of Spouse _____

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the 2 day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

TERESA MARTINEZ
Notary Public, State of Texas
Comm. Expires 07-19-2024
Notary ID 130744140

PROCESS SERVER # 20203
Appointed in accordance with State Statutes

Our Job Serial Number: 2023005915
Ref: Alex Peykoff

ATX Process, LLC
604 West 9th Street
Suite B
Austin, TX 78701
(512) 717-5600