UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS – FORT WORTH DIVISION

| | | |
|---|---|---|
| **ALEX PEYKOFF AND SATISFIED LIFE FOUNDATION, INC.** § § | | |
| *Plaintiff,* § | | |
| § | **Case No. 4:23-cv-404-O** | |
| **v.** § | | |
| § | | |
| **CHARRISSA CAWLEY and CBCG, LLC D/B/A GAME CHANGER PUBLISHING,** § § | | |
| *Defendants.* § | | |

### CHARRISSA CAWLEY'S MOTION TO DISMISS COUNTERCLAIMS
### (WITH BRIEF INCORPORATED)

Counter-Plaintiff Charrissa Cawley ("Cawley") moves for dismissal of her counterclaims.

### BRIEF

Because Cawley's Counterclaims [Doc. 23] were answered by Plaintiffs [Doc. 24], Cawley must file a motion to dismiss, rather than a mere notice of dismissal, as described in Rule 41(c).

With dismissal of Cawley's Counterclaims, no issues remain, allowing dismissal.

No certificate of conference is needed for motions to dismiss under L.R. 7.1.

### PRAYER

Following the Court's summary judgment dismissing Plaintiffs' claims, Cawley asks for dismissal of her counterclaims without prejudice.

Respectfully submitted,

*/s/ Warren V. Norred*
Warren V. Norred, Texas Bar No. 24045094, wnorred@norredlaw.com
Attorney for Defendant/Counter-Plaintiff

**Certificate of Service:** I certify that on January 22, 2024, I served the above on Plaintiffs via PACER through their counsel, Brandon Crisp, bcrisp@terrazaspllc.com and Benton Williams II Benton.williams@bentonwilliamspllc.com.

*/s/ Warren V. Norred*