# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| ALEX PEYKOFF and SATF FOUNDATION, INC., | § § § § § | |
| Plaintiffs, | § | |
| v. | § § | Civil Action No. 4:23-cv-00404-O |
| CHARRISSA CAWLEY and CBCG, LLC d/b/a GAME CHANGER PUBLISHING, | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Fed. R. Civ. P. 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. This Order fully and finally resolves all issues between Plaintiffs and Defendants. Any relief not specifically granted in this Judgment is **DENIED** and any parties or claims not otherwise disposed of are **DISMISSED**.

2. Pursuant to the Court's January 15, 2024 Order (ECF No. 28), Plaintiffs' claims against Defendants in this matter are **DISMISSED with prejudice** to the refiling of the same.

3. Pursuant to Defendants' voluntary motion to dismiss (ECF No. 29) and the Court's January 31, 2024 Order granting the same (ECF No. 32), Defendants' counterclaims against Plaintiffs in this matter are **DISMISSED without prejudice** to the refiling of the same.

4. The taxable costs of court shall be borne by the party incurring the same.

**SO ORDERED** on this **31st day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE