

**United States Court of Appeals for the Fifth Circuit**

**Certified as a true copy and issued as the mandate on Jun 04, 2025**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

United States Court of Appeals
Fifth Circuit
**FILED**
May 13, 2025
Lyle W. Cayce
Clerk

No. 24-10186

ALEX PEYKOFF; SATISFIED LIFE FOUNDATION, INCORPORATED,

*Plaintiffs—Appellants,*

versus

CHARRISSA CAWLEY; CBCG, L.L.C., *doing business as* GAME CHANGER PUBLISHING,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-404

_____

Before SMITH, HIGGINSON, and DOUGLAS, *Circuit Judges*.

JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that appellants pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 24-10186

      The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 04, 2025

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 24-10186   Peykoff v. Cawley
                           USDC No. 4:23-CV-404

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Lisa E. Ferrara, Deputy Clerk
                      504-310-7675

cc:
    Mr. Brandon Lee Crisp
    Ms. Jennifer Anita Foster
    Mr. Warren Norred
    Mrs. Lisa Richard Sinor